IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-02525-RPM

JONATHAN BREGMAN,

    Plaintiff,

v.

I-FLOW, INC.;
ABBOTT LABORATORIES;
ABBOTT LABORATORIES d/b/a AP PHARMACEUTICALS INC;
ABBOTT LABORATORIES d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION COMPANY; and
HOSPIRA, INC.,

    Defendants.

_____

## ORDER OF RECUSAL
_____

    Because my wife holds stock in defendants Abbott Laboratories and Hospira, Inc., there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED: November 21, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Chief Judge