**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 08-cv-02525-PAB-CBS

JONATHAN BREGMAN,

     Plaintiff,

v.

I-FLOW, INC.,
ABBOTT LABORATORIES,
ABBOTT LABORATOIRES, d/b/a AP Pharmaceuticals, Inc.,
ABBOTT LABORATORIES, d/b/a Abbott Sales, Marketing & Distribution Company, and
HOSPIRA, INC.,

     Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT I-FLOW, INC. WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 65].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant I-Flow, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 30, 2009.

                                         BY THE COURT:

                                         s/Philip A. Brimmer
                                         PHILIP A. BRIMMER
                                         United States District Judge