**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 08-cv-02525-PAB-CBS

JONATHAN BREGMAN,

    Plaintiff,

v.

ABBOTT LABORATORIES,
ABBOTT LABORATOIRES, d/b/a AP Pharmaceuticals, Inc.,
ABBOTT LABORATORIES, d/b/a Abbott Sales, Marketing & Distribution Company, and
HOSPIRA, INC.,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 68].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 68] is granted.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 19, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer_____
                                      PHILIP A. BRIMMER
                                      United States District Judge